KEVIN PLUDEMAN et al., Respondents, v NORTHERN LEASING SYSTEMS, INC., et al., Appellants.

Submitted February 11, 2008; decided February 14, 2008

Motion by Chamber of Commerce of the United States of

America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.